## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 178 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
CHRISTOPHER PATRICK MCGOWAN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.